IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | No. 17-cr-10082-STA |
| | * | |
| v. | * | |
| | * | |
| ERIC DEWAUN MARTIN, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

**ORDER SETTING CHANGE OF PLEA HEARING AND NOTICE OF SETTING**

IT APPEARING TO THIS COURT upon the filed motion of the Defendant, for good cause shown, that this motion is well taken and is therefore, GRANTED.

A Change of Plea Hearing hereby is set for Tuesday, June 26th, 2018 at 9:30 A.M.

It is so **ORDERED**, this the 4th day of June, 2018.

s/ S. THOMAS ANDERSON
CHIEF U.S. DISTRICT COURT JUDGE