**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:17-10082-STA |
| ERIC DEWAUN MARTIN, | ) | |
| Defendant. | ) | |

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

This cause came to be heard on September 26, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Eric Dewaun Martin, appearing in person, and with counsel, Valentine Darker.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, SEPTEMBER 25, 2018 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 26th day of June, 2018.

                                                s/ S. Thomas Anderson
                                          CHIEF JUDGE, U. S. DISTRICT COURT