# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | No. 17-cr-10082-STA |
| v. | * | |
| ERIC DEWAUN MARTIN, | * | |
| Defendant. | * | |

## ORDER GRANTING JOINT MOTION
## TO CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING

IT APPEARING TO THIS COURT upon the filed motion of the parties, for good cause shown, that this motion is well taken and is therefore, GRANTED.

A Sentencing Hearing hereby is reset for **Friday, November 9, 2018 at 9:30am.**

It is so **ORDERED**, this the 26th day of September, 2018.

                                     s/HONORABLE S. THOMAS ANDERSON
                                     CHIEF U.S. DISTRICT COURT JUDGE